IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED
MAR - 5 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18-MJ-107 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| KELLEY R. SMITH, | ) | Court Date: March 12, 2018 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 6677332)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 2, 2018, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, KELLEY R. SMITH, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844)

Respectfully Submitted,

Tracy Doherty-McCormick
Acting United States Attorney

Michael D. Minerva
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __5__ day of March 2018 to the defendant at:

KELLEY R. SMITH
3426 Lumar Dr.
Fort Washington, MD 20744

By: _____
Michael D. Minerva
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Michael.Minerva@usdoj.gov